UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE GAITEIRO, a married person,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HCC LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No.: 2:20-cv-00015-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

THIS MATTER, having come on before the Court on the stipulated motion to dismiss;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case and all claims are dismissed with prejudice and without costs to any party.

DATED this 19th day of March 2020.

　　　　　　　　　　　　　　　　_/s/ Ricardo S. Martinez_
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL - 1

FOGARTY LAW GROUP PLLC
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 826-9400